

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Kevin Fahrni, Appellant

No. 06-14-00148-CR        v.

The State of Texas, Appellee

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 10F0484-005). Opinion delivered by Justice Carter* and Chief Justice Morriss and Justice Moseley participating.    *Justice Carter, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Kevin Fahrni, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED AUGUST 31, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk